| | |
|---|---|
| TONY WEST<br>Assistant Attorney General<br>J. MAX WEINTRAUB<br>Senior Litigation Counsel<br>KIRSTEN L. DAEUBLER<br>Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 616-4458<br>Fax: (202) 305-7000<br>E-mail: Kirsten.Daeubler@usdoj.gov<br><br>Attorneys for Plaintiff | H. TY KHARAZI<br>Yarra, Kharazi & Associates<br>1250 Fulton Mall, Suite 202<br>Fresno, CA 93721<br>Tel: (559) 441-1214<br>Fax: (559) 441-1215<br>E-mail: tkharazi@yahoo.com<br>SBN 187894<br><br>Attorney for Defendant |

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAFEE AYUB SALAMA,<br><br>    Defendant. | No. 11-cv-00145-OWW-MJS<br><br>**Stipulation and Order<br>Re: Amended Complaint to Revoke Naturalization** |

This is an action to revoke and set aside the order admitting Defendant Safee Ayub Salama to United States citizenship and to cancel his certificate of naturalization. In accordance with Federal Rule of Civil Procedure 15(a), the United States seeks to file an amended complaint in this matter to correct some language in the allegations contained in the original complaint and to add new allegations and grounds for denaturalization based on evidence of marriage fraud that recently came to the attention of the United States. The Amended Complaint to Revoke Naturalization (and the accompanying exhibit thereto) are attached as "Exhibit 1."

Counsel for Defendant Salama consents to permitting the United States to file the attached amended complaint.

| | | |
|---|---|---|
| 1 | Dated: June 22, 2011 | Respectfully submitted, |
| 2 | | TONY WEST<br>Assistant Attorney General |
| 3 | | |
| 4 | | J. MAX WEINTRAUB<br>Senior Litigation Counsel |
| 5 | | /s/ Kirsten L. Daeubler<br>KIRSTEN L. DAEUBLER |
| 6 | | Trial Attorney<br>United States Department of Justice |
| 7 | | Civil Division<br>Office of Immigration Litigation |
| 8 | | District Court Section |
| 9 | | Attorneys for Plaintiff |
| 11-12 | Dated: June 22, 2011 | /s/ H. Ty Kharazi  (as authorized on June 10, 2011)<br>H. TY KHARAZI<br>Yarra, Kharazi & Associates |
| 13 | | Attorney for Defendant |

**ORDER**

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the United States shall electronically file the Amended Complaint to Revoke Naturalization (attached as "Exhibit 1").

**IT IS SO ORDERED**.

DATED: June 23, 2011        /s/ OLIVER W. WANGER
                            UNITED STATES DISTRICT JUDGE

-2-