| | |
|---|---|
| TONY WEST | H. TY KHARAZI |
| Assistant Attorney General | Yarra, Kharazi & Associates |
| J. MAX WEINTRAUB | 1250 Fulton Mall, Suite 202 |
| Senior Litigation Counsel | Fresno, CA 93721 |
| KIRSTEN L. DAEUBLER | Tel: (559) 441-1214 |
| Trial Attorney | Fax: (559) 441-1215 |
| United States Department of Justice | E-mail: tkharazi@yahoo.com |
| Civil Division | SBN 187894 |
| Office of Immigration Litigation | |
| District Court Section | Attorney for Defendant |
| P.O. Box 868, Ben Franklin Station | |
| Washington, DC  20044 | |
| Tel: (202) 616-4458 | |
| Fax: (202) 305-7000 | |
| E-mail: Kirsten.Daeubler@usdoj.gov | |

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CV-00145 LJO-MJS |
| Plaintiff, | **STIPULATION TO LIMITED JURISDICTION OF MAGISTRATE JUDGE** |
| v. | |
| SAFEE AYUB SALAMA, | **And ORDER THEREON** |
| Defendant. | |

**Stipulation to Limited Jurisdiction of Magistrate Judge Michael J. Seng**

The parties, through counsel, hereby stipulate to the jurisdiction of Magistrate Judge Michael J. Seng for all pre-trial proceedings, including but not limited to all discovery and dispositive motions.  Once the matter is slated for trial,

1

**STIPULATION AND ORDER THEREON**

the final pre-trial conference and the eventual trial shall be held before District Judge Lawrence J. O'Neill, and the Magistrate Judge's jurisdiction shall terminate.

IT IS SO STIPULATED

Dated: Monday, October 31, 2011        _____//S//_____
                                       Kirsten L. Daeubler, Attorney for
                                       Plaintiff United States of America


Dated:_____,2011                _____
                                       H. Ty Kharazi, Attorney for Defendant
                                       SAFEE AYUB SALAMA

## ORDER

This Court DENIES the parties' attempt to confer limited jurisdiction upon U.S. Magistrate Michael J. Seng.  This Court will entertain only U.S. Magistrate Judge consent for all purposes, including trial.  Without such consent, U.S. Magistrate Judge Michael J. Seng will perform duties as assigned under Local Rule 302( c ).

IT IS SO ORDERED.

   Dated:   **October 31, 2011**           **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE