| | |
|---|---|
| TONY WEST<br>Assistant Attorney General<br>J. MAX WEINTRAUB<br>Senior Litigation Counsel<br>KIRSTEN L. DAEUBLER<br>Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 616-4458<br>Fax: (202) 305-7000<br>E-mail: Kirsten.Daeubler@usdoj.gov<br><br>Attorneys for Plaintiff | H. TY KHARAZI<br>Yarra, Kharazi & Associates<br>1250 Fulton Mall, Suite 202<br>Fresno, CA 93721<br>Tel: (559) 441-1214<br>Fax: (559) 441-1215<br>E-mail: tkharazi@yahoo.com<br>SBN 187894<br><br>Attorney for Defendant |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAFEE AYUB SALAMA,<br><br>Defendant. | CASE NO. 1:11-CV-00145 LJO-MJS<br><br>**STIPULATION TO LIMITED JURISDICTION OF MAGISTRATE JUDGE**<br><br>**And ORDER THEREON** |

**Stipulation to Limited Jurisdiction of Magistrate Judge Michael J. Seng**

The parties, through counsel, hereby stipulate to the jurisdiction of Magistrate Judge Michael J. Seng for all pre-trial proceedings, including but not limited to all discovery and dispositive motions. Once the matter is slated for trial,

1

**STIPULATION AND ORDER THEREON**

the final pre-trial conference and the eventual trial shall be held before District Judge Lawrence J. O'Neill, and the Magistrate Judge's jurisdiction shall terminate.

IT IS SO STIPULATED

Dated: Monday, October 31, 2011 _____//S//_____
    Kirsten L. Daeubler, Attorney for
    Plaintiff United States of America

Dated:_____,2011 _____
    H. Ty Kharazi, Attorney for Defendant
    SAFEE AYUB SALAMA

## ORDER

    This Court DENIES the parties' attempt to confer limited jurisdiction upon U.S. Magistrate Michael J. Seng. This Court will entertain only U.S. Magistrate Judge consent for all purposes, including trial. Without such consent, U.S. Magistrate Judge Michael J. Seng will perform duties as assigned under Local Rule 302( c ).

IT IS SO ORDERED.

    Dated: **October 31, 2011**    **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE