TONY WEST
Assistant Attorney General
J. MAX WEINTRAUB
Senior Litigation Counsel
KIRSTEN L. DAEUBLER
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-4458
Fax: (202) 305-7000
E-mail: Kirsten.Daeubler@usdoj.gov

Attorneys for Plaintiff

H. TY KHARAZI
Yarra, Kharazi & Associates
1250 Fulton Mall, Suite 202
Fresno, CA 93721
Tel: (559) 441-1214
Fax: (559) 441-1215
E-mail: tkharazi@yahoo.com
SBN 187894

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAFEE AYUB SALAMA,<br><br>　　　　　Defendant. | **CASE NO. 1:11-CV-00145 LJO-MJS**<br><br>**STIPULATION TO LIMITED JURISDICTION OF MAGISTRATE JUDGE**<br><br>**And REVISED ORDER THEREON** |

## **Stipulation to Limited Jurisdiction of Magistrate Judge Michael J. Seng**

The parties, through counsel, hereby stipulate to the jurisdiction of Magistrate Judge Michael J. Seng for all pre-trial proceedings, including but not limited to all discovery and dispositive motions. Once the matter is slated for trial,

the final pre-trial conference and the eventual trial shall be held before District Judge Lawrence J. O'Neill, and the Magistrate Judge's jurisdiction shall terminate.

IT IS SO STIPULATED

Dated: Monday, October 31, 2011 _____//S//_____
　　　　　　　　　　　　　　　　　Kirsten L. Daeubler, Attorney for
　　　　　　　　　　　　　　　　　Plaintiff United States of America


Dated:_____,2011 　　　　_____
　　　　　　　　　　　　　　　　　H. Ty Kharazi, Attorney for Defendant
　　　　　　　　　　　　　　　　　SAFEE AYUB SALAMA

## ORDER

　　　Based on this Court's further review of 28 U.S.C. section 636( c ) (1) and the parties' stipulation, this Court ORDERS that Magistrate Judge J. Michael Seng shall preside over all pre-trial proceedings, including dispositive motions, in the above-entitled matter. If the matter should go to trial, the final pre-trial conference and the trial shall be held before this Court, unless the parties stipulate otherwise. This Court VACATES its November 1, 2011 order to deny conferring limited jurisdiction to U.S. Magistrate Judge Michael J. Seng.


IT IS SO ORDERED.

　　Dated: **November 1, 2011**　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2

**STIPULATION AND ORDER THEREON**