| | |
|---|---|
| TONY WEST | H. TY KHARAZI |
| Assistant Attorney General | Yarra, Kharazi & Associates |
| J. MAX WEINTRAUB | 1250 Fulton Mall, Suite 202 |
| Senior Litigation Counsel | Fresno, CA 93721 |
| KIRSTEN L. DAEUBLER | Tel: (559) 441-1214 |
| Trial Attorney | Fax: (559) 441-1215 |
| United States Department of Justice | E-mail: tkharazi@yahoo.com |
| Civil Division | SBN 187894 |
| Office of Immigration Litigation | |
| District Court Section | Attorney for Defendant |
| P.O. Box 868, Ben Franklin Station | |
| Washington, DC  20044 | |
| Tel: (202) 616-4458 | |
| Fax: (202) 305-7000 | |
| E-mail: Kirsten.Daeubler@usdoj.gov | |

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SAFEE AYUB SALAMA,<br><br>          Defendant. | CASE NO. 1:11-CV-00145 LJO-MJS<br><br>**STIPULATION TO LIMITED JURISDICTION OF MAGISTRATE JUDGE**<br><br>**And ORDER THEREON** |

### Stipulation to Limited Jurisdiction of Magistrate Judge Michael J. Seng

The parties, through counsel, hereby stipulate to the jurisdiction of Magistrate Judge Michael J. Seng for all pre-trial proceedings, including but not limited to all discovery and dispositive motions.  Once the matter is slated for trial,

1

**STIPULATION AND ORDER THEREON**

the final pre-trial conference and the eventual trial shall be held before District Judge Lawrence J. O'Neill, and the Magistrate Judge's jurisdiction shall terminate.

IT IS SO STIPULATED

Dated: Monday, October 31, 2011 _____//S//_____
Kirsten L. Daeubler, Attorney for
Plaintiff United States of America

Dated:_____,2011 _____
H. Ty Kharazi, Attorney for Defendant
SAFEE AYUB SALAMA

## ORDER

Predicated on the parties' stipulation, Magistrate Judge J. Michael Seng shall preside over all pre-trial proceedings, including dispositive motions, in the above-entitled matter. If the matter should go to trial, the final pre-trial conference and the trial shall be held before this Court.

IT IS SO ORDERED.

Dated:   **November 1, 2011**           /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

2
**STIPULATION AND ORDER THEREON**