| | |
|---|---|
| TONY WEST | H. TY KHARAZI |
| Assistant Attorney General | Yarra, Kharazi & Associates |
| J. MAX WEINTRAUB | 1250 Fulton Mall, Suite 202 |
| Senior Litigation Counsel | Fresno, CA 93721 |
| KIRSTEN L. DAEUBLER | Tel: (559) 441-1214 |
| Trial Attorney | Fax: (559) 441-1215 |
| United States Department of Justice | E-mail: tkharazi@yahoo.com |
| Civil Division | SBN 187894 |
| Office of Immigration Litigation | |
| District Court Section | Attorney for Defendant |
| P.O. Box 868, Ben Franklin Station | |
| Washington, DC 20044 | |
| Tel: (202) 616-4458 | |
| Fax: (202) 305-7000 | |
| E-mail: Kirsten.Daeubler@usdoj.gov | |

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 1:11-CV-00145 LJO-MJS** |
| Plaintiff, | **STIPULATION TO LIMITED JURISDICTION OF MAGISTRATE JUDGE** |
| v. | |
| SAFEE AYUB SALAMA, | **And ORDER THEREON** |
| Defendant. | |

### Stipulation to Limited Jurisdiction of Magistrate Judge Michael J. Seng

The parties, through counsel, hereby stipulate to the jurisdiction of Magistrate Judge Michael J. Seng for all pre-trial proceedings, including but not limited to all discovery and dispositive motions. Once the matter is slated for trial,

the final pre-trial conference and the eventual trial shall be held before District Judge Lawrence J. O'Neill, and the Magistrate Judge's jurisdiction shall terminate.

IT IS SO STIPULATED

Dated: Monday, October 31, 2011 _____//S//_____
Kirsten L. Daeubler, Attorney for
Plaintiff United States of America

Dated:_____,2011 _____
H. Ty Kharazi, Attorney for Defendant
SAFEE AYUB SALAMA

## ORDER

Predicated on the parties' stipulation, Magistrate Judge J. Michael Seng shall preside over all pre-trial proceedings, including dispositive motions, in the above-entitled matter. If the matter should go to trial, the final pre-trial conference and the trial shall be held before this Court.

IT IS SO ORDERED.

Dated: **November 1, 2011**          **/s/ Lawrence J. O'Neill**
                                                               UNITED STATES DISTRICT JUDGE