1   TONY WEST                                      H. TY KHARAZI
    Assistant Attorney General                     Yarra, Kharazi & Associates
2   AARON S. GOLDSMITH                             1250 Fulton Mall, Suite 202
    Senior Litigation Counsel                      Fresno, CA 93721
3   KIRSTEN L. DAEUBLER                            Tel: (559) 441-1214
    Trial Attorney                                 Fax: (559) 441-1215
4   United States Department of Justice            E-mail: tkharazi@yahoo.com
    Civil Division                                 SBN 187894
5   Office of Immigration Litigation
    District Court Section                         Attorney for Defendant
6   P.O. Box 868, Ben Franklin Station
    Washington, DC  20044
7   Tel: (202) 616-4458
    Fax: (202) 305-7000
8   E-mail: Kirsten.Daeubler@usdoj.gov

9   Attorneys for Plaintiff

10
              IN THE UNITED STATES DISTRICT COURT FOR THE
11                   EASTERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          )   No. 11-cv-00145-LJO-MJS
                                       )
13               Plaintiff,            )
                                       )   **Joint Stipulation and  Order**
14       v.                            )   **Re: Motion for Summary Judgment**
                                       )   **Briefing Schedule**
15  SAFEE AYUB SALAMA,                 )
                                       )
16               Defendant.            )
    _____)

17

18          This is an action to revoke and set aside the order admitting Defendant Safee Ayub

19  Salama to United States citizenship and to cancel his certificate of naturalization.  The United

20  States intends to file a motion for summary judgment pursuant to Federal Rule of Civil

21  Procedure 56(a), which Defendant Salama intends to oppose.  Accordingly, and to minimize

22  conflicts as a result of the impending holidays and Federal Government closures, the parties

23  agree to the following briefing schedule:

24  1.      The United States will file its first motion for summary judgment on or before November

25          30, 2011.

26  2.      Defendant Salama will file his response in opposition to this motion, if any, on or before

27          December 14, 2011.

28

3.    The United States will file its reply in support of its motion, if any, on or before
December 21, 2011.

4.    To the extent the Court requires a hearing on the motion for summary judgment, the
hearing will be scheduled for January 20, 2012, at 9:30 a.m. (Pacific Time).

Dated: November 14, 2011          Respectfully submitted,

                                  TONY WEST
                                  Assistant Attorney General

                                  AARON S. GOLDSMITH
                                  Senior Litigation Counsel

                                  /s/ Kirsten L. Daeubler
                                  KIRSTEN L. DAEUBLER
                                  Trial Attorney
                                  United States Department of Justice
                                  Civil Division
                                  Office of Immigration Litigation
                                  District Court Section

                                  Attorneys for Plaintiff

Dated: November 14, 2011          /s/ H. Ty Kharazi  (as authorized on November 14, 2011)
                                  H. TY KHARAZI
                                  Yarra, Kharazi & Associates

                                  Attorney for Defendant


                                **ORDER**


GOOD CAUSE APPEARING, the above Stipulation is approved and the dates set forth therein

shall govern the briefing and hearing on Plaintiff's motion for summary judgment.


IT IS SO ORDERED.

Dated:    November 15, 2011          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE