| | |
|---|---|
| TONY WEST<br>Assistant Attorney General<br>AARON S. GOLDSMITH<br>Senior Litigation Counsel<br>KIRSTEN L. DAEUBLER<br>Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 616-4458<br>Fax: (202) 305-7000<br>E-mail: Kirsten.Daeubler@usdoj.gov<br><br>Attorneys for Plaintiff | H. TY KHARAZI<br>Yarra, Kharazi & Associates<br>1250 Fulton Mall, Suite 202<br>Fresno, CA 93721<br>Tel: (559) 441-1214<br>Fax: (559) 441-1215<br>E-mail: tkharazi@yahoo.com<br>SBN 187894<br><br>Attorney for Defendant |

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAFEE AYUB SALAMA,<br><br>    Defendant. | No. 11-cv-00145-LJO-MJS<br><br>**Joint Stipulation and Order**<br>**Re: Motion for Summary Judgment**<br>**Briefing Schedule** |

This is an action to revoke and set aside the order admitting Defendant Safee Ayub Salama to United States citizenship and to cancel his certificate of naturalization. The United States intends to file a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56(a), which Defendant Salama intends to oppose. Accordingly, and to minimize conflicts as a result of the impending holidays and Federal Government closures, the parties agree to the following briefing schedule:

1. The United States will file its first motion for summary judgment on or before November 30, 2011.

2. Defendant Salama will file his response in opposition to this motion, if any, on or before December 14, 2011.

3. The United States will file its reply in support of its motion, if any, on or before December 21, 2011.

4. To the extent the Court requires a hearing on the motion for summary judgment, the hearing will be scheduled for January 20, 2012, at 9:30 a.m. (Pacific Time).

Dated: November 14, 2011     Respectfully submitted,

TONY WEST
Assistant Attorney General

AARON S. GOLDSMITH
Senior Litigation Counsel

/s/ Kirsten L. Daeubler
KIRSTEN L. DAEUBLER
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section

Attorneys for Plaintiff

Dated: November 14, 2011     /s/ H. Ty Kharazi (as authorized on November 14, 2011)
H. TY KHARAZI
Yarra, Kharazi & Associates

Attorney for Defendant

**ORDER**

GOOD CAUSE APPEARING, the above Stipulation is approved and the dates set forth therein shall govern the briefing and hearing on Plaintiff's motion for summary judgment.

IT IS SO ORDERED.

Dated: November 15, 2011     /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE