IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 11-cv-00145-LJO-MJS |
| Plaintiff, | ) | |
| v. | ) | |
| SAFEE AYUB SALAMA, | ) | |
| Defendant. | ) | |

**ORDER**

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that discovery in this matter shall be stayed until the Court has disposed of the United States's pending motion for summary judgment. Thereafter, if necessary, the Court will modify its scheduling order accordingly with respect to all future deadlines therein.

IT IS SO ORDERED.

Dated:   February 21, 2012         /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE